VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Avenue
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for FABIAN MAGANA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSARIO BELTRAN LEAL,<br><br>Defendant. | Case No.: 1:17CR000129 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROSARIO BELTRAN LEAL, by and through her attorney of record, Virna L. Santos, hereby requesting that the change of plea hearing currently set for October 23, 2017 be continued to December 4, 2017 at 8:30 a.m.

This request is premised on the need for additional time for attorney-client consultation regarding the proposed plea offer.

Undersigned counsel has consulted with AUSA Escobar, who has no objection to this request. The parties have agreed to a new hearing date of December 4, 2017 at 8:30 a.m. for change of plea.

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) based on the need for additional investigation required for trial preparation and pursuit of plea negotiations.

**IS SO STIPULATED.**

Respectfully submitted,

DATED:  October 19, 2017

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant
ROSARIO BELTRAN LEAL

DATED:  October 19, 2017

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

**ORDER**

The change of plea hearing currently set for October 23, 2017 is hereby continued to December 4, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **October 19, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE